Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, Nevada 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com

Michael S. Budwick, Esq.
Florida Bar No. 938777 (admitted *pro hac*)
mbudwick@melandbudwick.com
Solomon B. Genet, Esq.
Florida Bar No. 617911(admitted *pro hac*)
sgenet@melandbudwick.com
Gil Ben-Ezra, Esq.
Florida Bar No. 118089 (admitted *pro hac*)
gbenezra@melandbudwick.com
**MELAND BUDWICK, P.A.**
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
T: (305) 358-6363
F: (305) 358-1221

Attorneys for Christina Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively consolidated with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \| |
| CHRISTINA W. LOVATO,<br><br>Plaintiff,<br><br>v.<br><br>AHERN RENTALS, INC. and XTREME MANUFACTURING, LLC,<br><br>Defendants. | Adversary No.: 22-05001-gs<br><br>**NOTICE OF FILING TRUSTEE'S SECOND SUPPLEMENT TO STATUS REPORT** |

Christina W. Lovato, as chapter 7 trustee for the substantively consolidated estates of DC Solar Solutions, Inc., DC Solar Distribution, Inc., DC Solar Freedom, Inc., and Double Jump, Inc., files this Notice of Filing Trustee's Second Supplement to Status Report, filed in the Main Case at ECF No. 3185.

1

DATED: March 28, 2022.

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman, Esq.*
Jeffrey L. Hartman, Esq., Attorney for Plaintiff
Christina W. Lovato

**MELAND BUDWICK, P.A.**

*/s/ Alexander E. Brody, Esq.*
Michael S. Budwick, Esq., Admitted Pro Hac Vice
Solomon B. Genet, Esq., Admitted Pro Hac Vice
Gil Ben-Ezra, Esq., Admitted Pro Hac Vice
Alexander E. Brody, Esq., Admitted Pro Hac Vice
Attorneys for Plaintiff Christina W. Lovato

**CERTIFICATE OF SERVICE**

I certify that on March 28, 2022, I caused to be served the following document(s):

**NOTICE OF FILING TRUSTEE'S SECOND SUPPLEMENT TO STATUS REPORT**

I caused to be served the above-named document(s) as indicated below:

✔  a.  Via ECF to:

MICHAEL S. BUDWICK     mbudwick@melandbudwick.com ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
MARK J. CONNOT     mconnot@foxrothschild.com dloffredo@foxrothschild.com
JEFFREY L. HARTMAN     notices@bankruptcyreno.com abg@bankruptcyreno.com
CHRISTINA W. LOVATO      trusteelovato@att.net NV26@ecfcbis.com

DATED: March 28, 2022.

                                                      */s/ Alexander E. Brody, Esq.*
                                                     Alexander E. Brody, Esq.