_____
Honorable Gary Spraker
United States Bankruptcy Judge



Entered on Docket
May 23, 2022

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DOUBLE JUMP, INC.,<br><br>    Debtor(s). | Lead Case No.: BK-19-50102-gs<br>Chapter 7<br><br>Substantively Consolidated With:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \| |
| Affects:<br> X  DC Solar Solutions, Inc.<br> X  DC Solar Distribution, Inc.<br> X  DC Solar Freedom, Inc.<br> X  Double Jump, Inc. | |
| CHRISTINA W. LOVATO,<br><br>        Plaintiff(s),<br><br>    v.<br><br>AHERN RENTALS, INC. and XTREME MANUFACTURING, LLC,<br><br>        Defendant(s). | Adv. Proc. No. 22-05001-gs |

1

## ORDER DENYING MOTION TO DISMISS

On May 19, 2022, the court held a hearing on the above-captioned Defendants' Motion to Dismiss Trustee's Adversary Complaint with Prejudice (Adv. ECF No. 6) (Motion). Appearances were as noted on the record. For the reasons stated in the court's oral ruling on the Motion delivered at the hearing, which is incorporated herein by this reference,

IT IS HEREBY ORDERED that the Defendants' Motion to Dismiss Trustee's Adversary Complaint with Prejudice (Adv. ECF No. 6) is DENIED.

IT IS SO ORDERED.

\* \* \* \* \*

Copy sent to all parties and/or their counsel via CM/ECF Electronic Notice.

# # #