| | |
|---|---|
| Jeffrey L. Hartman, Esq.<br>Nevada Bar No. 1607<br>**HARTMAN & HARTMAN**<br>510 W. Plumb Lane, Suite B<br>Reno, NV 89509<br>T: (775) 324-2800<br>F: (775) 324-1818<br>notices@bankruptcyreno.com | Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*<br>Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*<br>Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice*<br>Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*<br>Alexander E. Brody, Esq. # 1025332 – Admitted *Pro Hac Vice*<br>**MELAND BUDWICK, P.A.**<br>3200 Southeast Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>T: (305) 358-6363<br>F: (305) 358-1221<br>mbudwick@melandbudwick.com<br>sgenet@melandbudwick.com<br>mmurphy@melandbudwick.com<br>gbenezra@melandbudwick.com<br>abrody@melandbudwick.com |

Attorneys for Christina W. Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>   Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br>Substantively Consolidated with:<br><br>  \| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>  \| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>  \| 19-50135-gs \| DC Solar Freedom, Inc. \| |
| CHRISTINA W. LOVATO,<br><br>   Plaintiff,<br>v.<br><br>AHERN RENTALS, INC. and XTREME MANUFACTURING, LLC,<br><br>   Defendants. | Adversary No.: 22-05001-gs<br><br>**NOTICE OF HEARING ON TRUSTEE'S MOTION TO STRIKE DEFENDANTS' (1) JURY TRIAL DEMAND; (2) NON-CONSENT TO FINAL ORDERS AND JUDGMENTS; (3) REQUEST FOR FEES AND COSTS; (4) CERTAIN AFFIRMATIVE DEFENSES; AND (5) CERTAIN INADEQUATE RESPONSES [DEFENDANTS' ANSWER, ECF No. 29]**<br><br>Hearing:   August 11, 2022<br>Time:         9:30 a.m. |

1

|   |   |
|---|---|
| 1 | **NOTICE IS HEREBY GIVEN** that Christina Lovato, chapter 7 trustee for the substantively consolidated estates of Double Jump, Inc., DC Solar Solutions, Inc., DC Solar Distribution, Inc. and DC Solar Freedom, Inc. ("*Trustee*"), filed a motion to strike Defendants' (1) jury trial demand; (2) non-consent to final orders and judgments; (3) request for fees and costs; (4) certain affirmative defenses; and (5) certain inadequate responses. |

**NOTICE IS FURTHER GIVEN** that a hearing has been scheduled before a United States Bankruptcy Judge, telephonically or via Zoom, on **August 11, 2022 at 9:30 a.m.** Parties intending to appear at this hearing need to check the Court's website for updates to the Court's instructions regarding appearances prior to the hearing.

**NOTICE IS FINALLY GIVEN** that a copy of the Motion can be obtained upon request from Hartman & Hartman, 510 West Plumb Lane, Suite B, Reno, NV 89509, by calling Hartman & Hartman at 1-775-324-2800, or from the United States Bankruptcy Court Clerk's Office, 300 Booth Street, Reno, NV 89509, during the office hours of 9:00 a.m. to 3:30 p.m. weekdays.

DATED: July 11, 2022.

**HARTMAN & HARTMAN**

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.
*Attorney for Plaintiff Christina W. Lovato*

**MELAND BUDWICK, P.A.**

/s/ Solomon B. Genet
Michael S. Budwick, Esq.
Solomon B. Genet, Esq.
Meaghan E. Murphy, Esq.
Gil Ben-Ezra, Esq.
Alexander E. Brody, Esq.
*Attorneys for Plaintiff Christina W. Lovato*

# CERTIFICATE OF SERVICE

I certify that on July 11, 2022, I caused to be served the above-named document as indicated below:

✔ a. Via ECF to:

ALEXANDER E. BRODY      abrody@melandbudwick.com
ltannenbaum@melandbudwick.com  ltannenbaum@ecf.courtdrive.com
mrbnefs@yahoo.com
MICHAEL S. BUDWICK      mbudwick@melandbudwick.com
ltannenbaum@melandbudwick.com  ltannenbaum@ecf.courtdrive.com
MARK J. CONNOT     mconnot@foxrothschild.com  dloffredo@foxrothschild.com
SOLOMON B. GENET     sgenet@melandbudwick.com
ltannenbaum@melandbudwick.com  ltannenbaum@ecf.courtdrive.com
JEFFREY L. HARTMAN     notices@bankruptcyreno.com  abg@bankruptcyreno.com
CHRISTINA W. LOVATO     trusteelovato@att.net  NV26@ecfcbis.com

✔ b. Direct Email to:

Mark J. Connot, Esq.
Kevin M. Sutehall, Esq.
Colleen E. McCarty, Esq.
mconnot@foxrothschild.com
ksutehall@foxrothschild.com
cmccarty@foxrothschild.com

✔ c. Via Mail Service: Regular, first-class United States mail, postage fully pre-paid, addressed to:

Ahern Rentals, Inc.
1401 Mineral Ave.
Las Vegas, NV 89106

Xtreme Manufacturing, LLC
8350 Eastgate Rd.
Henderson, NV 89015

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 11, 2022.

                                        */s/ Solomon B. Genet*
                                        Solomon B. Genet, Esq.