| | |
|---|---|
| Jeffrey L. Hartman, Esq. | Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice* |
| Nevada Bar No. 1607 | Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice* |
| **HARTMAN & HARTMAN** | Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice* |
| 510 W. Plumb Lane, Suite B | Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice* |
| Reno, NV 89509 | Alexander E. Brody, Esq. # 1025332 – Admitted *Pro Hac Vice* |
| T: (775) 324-2800 | **MELAND BUDWICK, P.A.** |
| F: (775) 324-1818 | 3200 Southeast Financial Center |
| notices@bankruptcyreno.com | 200 South Biscayne Boulevard |
| | Miami, Florida 33131 |
| | T: (305) 358-6363 |
| | F: (305) 358-1221 |
| | mbudwick@melandbudwick.com |
| | sgenet@melandbudwick.com |
| | mmurphy@melandbudwick.com |
| | gbenezra@melandbudwick.com |
| | abrody@melandbudwick.com |

Attorneys for Christina W. Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>　　　Debtor.<br><br>_____<br><br>CHRISTINA W. LOVATO,<br><br>　　　Plaintiff,<br>v.<br><br>AHERN RENTALS, INC. and XTREME MANUFACTURING, LLC,<br><br>　　　Defendants. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br>Substantively Consolidated with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \|<br><br>Adversary No.: 22-05001-gs<br><br>**NOTICE OF HEARING ON TRUSTEE'S CORRECTED[1] MOTION TO STRIKE DEFENDANTS' (1) JURY TRIAL DEMAND; (2) NON-CONSENT TO FINAL ORDERS AND JUDGMENTS; (3) REQUEST FOR FEES AND COSTS; (4) CERTAIN AFFIRMATIVE DEFENSES; AND (5) CERTAIN INADEQUATE RESPONSES [DEFENDANTS' ANSWER, ECF No. 29]**<br><br>Hearing:　August 11, 2022<br>Time:　　　9:30 a.m. |

---

[1] Corrected to fix scrivener's errors in original motion filed at ECF No. 33.

1

**NOTICE IS HEREBY GIVEN** that Christina Lovato, chapter 7 trustee for the substantively consolidated estates of Double Jump, Inc., DC Solar Solutions, Inc., DC Solar Distribution, Inc. and DC Solar Freedom, Inc. ("***Trustee***"), filed a corrected[2] motion to strike Defendants' (1) jury trial demand; (2) non-consent to final orders and judgments; (3) request for fees and costs; (4) certain affirmative defenses; and (5) certain inadequate responses.

**NOTICE IS FURTHER GIVEN** that a hearing has been scheduled before a United States Bankruptcy Judge, telephonically or via Zoom, on **August 11, 2022 at 9:30 a.m.** Parties intending to appear at this hearing need to check the Court's website for updates to the Court's instructions regarding appearances prior to the hearing.

**NOTICE IS FINALLY GIVEN** that a copy of the Motion can be obtained upon request from Hartman & Hartman, 510 West Plumb Lane, Suite B, Reno, NV 89509, by calling Hartman & Hartman at 1-775-324-2800, or from the United States Bankruptcy Court Clerk's Office, 300 Booth Street, Reno, NV 89509, during the office hours of 9:00 a.m. to 3:30 p.m. weekdays.

DATED: July 11, 2022.

**HARTMAN & HARTMAN**

/s/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.
*Attorney for Plaintiff Christina W. Lovato*

**MELAND BUDWICK, P.A.**

/s/ Solomon B. Genet
Michael S. Budwick, Esq.
Solomon B. Genet, Esq.
Meaghan E. Murphy, Esq.
Gil Ben-Ezra, Esq.
Alexander E. Brody, Esq.
*Attorneys for Plaintiff Christina W. Lovato*

---

[2] Corrected to fix scrivener's errors in original motion filed at ECF No. 33.

**CERTIFICATE OF SERVICE**

I certify that on July 11, 2022, I caused to be served the above-named document as indicated below:

✔ a. Via ECF to:

ALEXANDER E. BRODY    abrody@melandbudwick.com
ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
mrbnefs@yahoo.com
MICHAEL S. BUDWICK    mbudwick@melandbudwick.com
ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
MARK J. CONNOT    mconnot@foxrothschild.com dloffredo@foxrothschild.com
SOLOMON B. GENET    sgenet@melandbudwick.com
ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
JEFFREY L. HARTMAN    notices@bankruptcyreno.com abg@bankruptcyreno.com
CHRISTINA W. LOVATO    trusteelovato@att.net NV26@ecfcbis.com

✔ b. Direct Email to:

Mark J. Connot, Esq.
Kevin M. Sutehall, Esq.
Colleen E. McCarty, Esq.
mconnot@foxrothschild.com
ksutehall@foxrothschild.com
cmccarty@foxrothschild.com

✔ c. Via Mail Service: Regular, first-class United States mail, postage fully pre-paid, addressed to:

Ahern Rentals, Inc.
1401 Mineral Ave.
Las Vegas, NV 89106

Xtreme Manufacturing, LLC
8350 Eastgate Rd.
Henderson, NV 89015

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 11, 2022.

*/s/ Solomon B. Genet*
Solomon B. Genet, Esq.