Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com

Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*
Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*
Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice*
Alexander E. Brody, Esq. # 1025332 – Admitted *Pro Hac Vice*
**MELAND BUDWICK, P.A.**
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
T: (305) 358-6363
F: (305) 358-1221
mbudwick@melandbudwick.com
sgenet@melandbudwick.com
mmurphy@melandbudwick.com
abrody@melandbudwick.com

*Attorneys for Christina W. Lovato, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively consolidated with: |

| 19-50130-gs | DC Solar Solutions, Inc. |
|---|---|
| 19-50131-gs | DC Solar Distribution, Inc. |
| 19-50135-gs | DC Solar Freedom, Inc. |

| | |
|---|---|
| CHRISTINA W. LOVATO,<br><br>          Plaintiff,<br><br>v.<br><br>AHERN RENTALS, INC. and XTREME MANUFACTURING, LLC,<br><br>          Defendants. | Adversary No.:  22-05001-gs<br><br>**STIPULATION ON TRUSTEE'S MOTION TO STRIKE [ECF NO. 33] AND DEFENDANTS' RESPONSE [ECF NO. 38]**<br><br>**Hearing Date:   August 11, 2022**<br>Hearing **Time:  9:30 A.M.** |

This Stipulation ("***Stipulation***") is entered into by and between Solomon B. Genet of Meland Budwick, P.A. on behalf of Christina W. Lovato, Trustee ("***Trustee***") and Mark J. Connot of Fox Rothschild LLP on behalf of Defendants Ahern Rentals, Inc. and Xtreme Manufacturing, LLC (together, the "***Defendants***," and collectively with the Trustee, the "***Parties***") in the above-captioned adversary proceeding ("***Adversary***"):

1

1.      On July 1, 2022, the Trustee filed her Motion to Strike Defendants' (1) Jury Trial Demand; (2) Non-Consent to Final Orders and Judgments; (3) Request for Fees and Costs; (4) Certain Affirmative Defenses; and (5) Certain Inadequate Responses [ECF No. 33] ("**Motion to Strike**").

2.      On July 28, 2022, the Defendants filed their Response to Trustee's Motion to Strike [ECF No. 38] ("**Response**").

3.      The Parties have engaged in good faith discussions and have agreed to resolve the issues raised in the Motion to Strike and the Response.

THEREFORE, it is AGREED and STIPULATED that:

4.      The Defendants withdraw their demand for a jury trial.

5.      The Defendants consent to this Court's entry of final orders and judgments.

6.      The Defendants' request for their full attorneys' fees and costs is limited to their rights as provided for in each of the Defendants' contracts with the Debtors.

7.      The Trustee withdraws her request to strike certain of the Defendants' affirmative defenses pursuant to F.R.C.P. 12(f), without prejudice.

8.      The Trustee withdraws her request to strike certain of the Defendants' responses to the Trustee's complaint pursuant to F.R.C.P. 12(f), without prejudice.

9.      The Parties agree that the hearing in the Adversary on the Motion to Strike scheduled for August 11, 2022 should be cancelled because the matters raised in the Motion to Strike and the Response have been consensually resolved.

DATED: August 4, 2022.                         DATED: August 4, 2022.

**MELAND BUDWICK, P.A.**                 **FOX ROTHSCHILD LLP**

/s/ Solomon B. Genet                              /s/ Mark J. Connot
Solomon B. Genet, Esq.                          Mark J. Connot, Esq.
Attorneys for Plaintiff Christina W. Lovato   Attorney for Defendants Ahern Rentals, Inc. and Xtreme Manufacturing, LLC

2

**CERTIFICATE OF SERVICE**

I certify that on August 4, 2022, I caused to be served the following document(s):

**STIPULATION ON TRUSTEE'S MOTION TO STRIKE [ECF NO. 330] AND DEFENDANTS' RESPONSE [ECF NO. 38]**

I caused to be served the above-named document(s) as indicated below:

✔ a.  Via ECF to:

ALEXANDER E. BRODY    abrody@melandbudwick.com
ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
mrbnefs@yahoo.com
MICHAEL S. BUDWICK    mbudwick@melandbudwick.com
ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
MARK J. CONNOT    mconnot@foxrothschild.com
dloffredo@foxrothschild.com
JEFFREY L HARTMAN    notices@bankruptcyreno.com
abg@bankruptcyreno.com
CHRISTINA W. LOVATO    trusteelovato@att.net  NV26@ecfcbis.com

DATED: August 4, 2022.

*/s/ Solomon B. Genet*
Solomon B. Genet, Esq.