_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
August 19, 2022

_____

| | |
|---|---|
| Jeffrey L. Hartman, Esq.<br>Nevada Bar No. 1607<br>**HARTMAN & HARTMAN**<br>510 W. Plumb Lane, Suite B<br>Reno, NV 89509<br>T: (775) 324-2800<br>F: (775) 324-1818<br>notices@bankruptcyreno.com | Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*<br>Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*<br>Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice*<br>Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*<br>Alexander E. Brody, Esq. # 1025332 – Admitted *Pro Hac Vice*<br>**MELAND BUDWICK, P.A.**<br>3200 Southeast Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>T: (305) 358-6363<br>F: (305) 358-1221<br>mbudwick@melandbudwick.com<br>sgenet@melandbudwick.com<br>mmurphy@melandbudwick.com<br>gbenezra@melandbudwick.com<br>abrody@melandbudwick.com |

Attorneys for Christina W. Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>    Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br>Substantively Consolidated with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \| |

1

| | |
|---|---|
| CHRISTINA W. LOVATO,<br><br>    Plaintiff,<br>v.<br><br>AHERN RENTALS, INC. and XTREME MANUFACTURING, LLC,<br><br>    Defendants. | Adversary No.: 22-05001-gs<br><br>**ORDER DIRECTING SUBMISSION OF STATUS REPORT AND SETTING STATUS CONFERENCE**<br><br>**Hearing Date: N/A**<br>**Hearing Time:** |

The Court having considered the presentations of counsel for Plaintiff Christina W. Lovato, chapter 7 trustee ("*Plaintiff*"), and Defendants Ahern Rentals, Inc. and Xtreme Manufacturing, LLC ("*Defendants*," and together with the Plaintiff, the "*Parties*") at the August 11, 2022 Status Conference, and for good cause appearing,

IT IS ORDERED:

1.    The Parties are required to meet and confer and then file a joint status report by September 28, 2022; and

2.    In the joint status report, either or both the Parties may request a Status Conference, which would take place on October 6, 2022 at 9:30 a.m.

Respectfully submitted by:

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq., Attorney for Plaintiff

**MELAND BUDWICK, P.A.**

*/s/ Meaghan E. Murphy*
Meaghan E. Murphy, Esq., Attorney for Plaintiff

2