Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com

Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*
Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*
Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice*
Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*
Alexander E. Brody, Esq. # 1025332 – Admitted *Pro Hac Vice*
**MELAND BUDWICK, P.A.**
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
T: (305) 358-6363
F: (305) 358-1221
mbudwick@melandbudwick.com
sgenet@melandbudwick.com
mmurphy@melandbudwick.com
gbenezra@melandbudwick.com
abrody@melandbudwick.com

Attorneys for Christina W. Lovato, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>    Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively consolidated with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \| |
| CHRISTINA W. LOVATO,<br><br>    Plaintiff,<br><br>v.<br><br>AHERN RENTALS, INC., et al.,<br><br>    Defendants. | Adversary No.: 22-05001-gs<br><br>**TRUSTEE'S NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF TRUSTEE'S OMNIBUS MOTION FOR PARTIAL SUMMARY JUDGMENT SEEKING DETERMINATION OF A PONZI SCHEME**<br><br>**Hearing Date:** N/A<br>**Hearing Time:** N/A |

**TO: ALL INTERESTED PARTIES AND THEIR RESPECTIVE COUNSEL:**

Meland Budwick, P.A., attorneys for Christina Lovato, the duly appointed and acting chapter 7 trustee ("***Trustee***"), withdraws without prejudice the Trustee's Omnibus Motion for Partial Summary Judgment Seeking Determination of a Ponzi Scheme [ECF No. 15] ("***Motion***"). At the appropriate juncture of this adversary proceeding, the Trustee intends and expressly reserves

1

1  the right to file a motion for partial or full summary judgment related to the matters identified in
2  the Motion as well as any other matter.
3  DATED: September 13, 2022.         **HARTMAN & HARTMAN**
4                                      */s/ Jeffrey L. Hartman*
                                        Jeffrey L. Hartman, Esq.
5                                      *Attorney for Plaintiff Christina W. Lovato*

7                                      **MELAND BUDWICK, P.A.**

8                                      */s/ Meaghan E. Murphy, Esq.*
                                        Michael S. Budwick, Esq.
9                                       Solomon B. Genet, Esq.
                                        Meaghan E. Murphy, Esq.
10                                      Gil Ben-Ezra, Esq.
                                        Alexander E. Brody, Esq.
11                                     *Attorneys for Plaintiff Christina W. Lovato*

**CERTIFICATE OF SERVICE**

I certify that on September 13, 2022, I caused to be served the above-named document as indicated below:

✔ a. Via ECF to:

ALEXANDER E. BRODY    abrody@melandbudwick.com
ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
mrbnefs@yahoo.com
MICHAEL S. BUDWICK    mbudwick@melandbudwick.com
ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
MARK J. CONNOT    mconnot@foxrothschild.com dloffredo@foxrothschild.com
SOLOMON B. GENET    sgenet@melandbudwick.com
ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
JEFFREY L. HARTMAN    notices@bankruptcyreno.com abg@bankruptcyreno.com
CHRISTINA W. LOVATO    trusteelovato@att.net NV26@ecfcbis.com
M. KEVIN MCCARRELL    kmccarrell@foxrothschild.com

✔ b. Direct Email to:

Mark J. Connot, Esq.
Kevin M. Sutehall, Esq.
Colleen E. McCarty, Esq.
mconnot@foxrothschild.com
ksutehall@foxrothschild.com
cmccarty@foxrothschild.com

✔ c. Via Mail Service: Regular, first-class United States mail, postage fully pre-paid, addressed to:

Ahern Rentals, Inc.
1401 Mineral Ave.
Las Vegas, NV 89106

Xtreme Manufacturing, LLC
8350 Eastgate Rd.
Henderson, NV 89015

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 13, 2022.

/s/ Meaghan E. Murphy, Esq.
Meaghan E. Murphy, Esq.

3