Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com

Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*
Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*
Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice*
Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*
Alexander E. Brody, Esq. #1025332 – Admitted *Pro Hac Vice*
**MELAND BUDWICK, P.A.**
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
T: (305) 358-6363
F: (305) 358-1221
mbudwick@melandbudwick.com
sgenet@melandbudwick.com
mmurphy@melandbudwick.com
gbenezra@melandbudwick.com
abrody@melandbudwick.com

Attorneys for Christina W. Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>   Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively consolidated with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \| |
| CHRISTINA W. LOVATO,<br><br>   Plaintiff,<br><br>v.<br><br>AHERN RENTALS, INC. and XTREME MANUFACTURING, LLC,<br><br>   Defendants. | Adversary No.: 22-05001-gs<br><br>**STATUS REPORT PURSUANT TO THIS COURT'S ORDER DIRECTING SUBMISSION OF STATUS REPORT AND SETTING STATUS CONFERENCE [ECF NO. 48]** |

Christina W. Lovato, as chapter 7 trustee and plaintiff ("*Trustee*") in the above-captioned adversary proceeding ("*Adversary*"), together with the above-captioned defendants ("*Defendants*," and with the Trustee, the "*Parties*") provide this status report pursuant to this Court's Order directing submission of status report [ECF No. 48] which followed this Court's status hearing conducted on August 11, 2022.

1

**I.      Status of Adversary Proceeding**

As reflected on the docket, the Trustee has filed an operative complaint, the Defendants has filed an Answer (which includes affirmative defenses), and the Court has entered a Scheduling Order. The Parties have been in direct communication and have begun the process of written discovery. The Parties have also begun communicating about deposition discovery.

As also reflected on the docket, the Trustee filed a motion for partial summary judgment but has voluntarily withdrawn that motion without prejudice.

**II.     Status Conference**

The Parties do not believe that a status conference is necessary on October 6, 2022. However, the Parties expect that a status conference approximately 45 days from October 6, 2022 will be productive, and request one at that time subject to the Court's availability.

DATED: September 26, 2022.

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.,
*Attorney for Plaintiff Christina W. Lovato*

**MELAND BUDWICK, P.A.**

*/s/ Meaghan E. Murphy*
Michael S. Budwick, Esq., Admitted Pro Hac Vice
Solomon B. Genet, Esq., Admitted Pro Hac Vice
Meaghan E. Murphy, Esq., Admitted Pro Hac Vice
Gil Ben-Ezra, Esq., Admitted Pro Hac Vice
Alexander E. Brody, Esq., Admitted Pro Hac Vice
*Attorneys for Plaintiff Christina W. Lovato*

**FOX ROTHSCHILD LLP**

*/s/ Kevin McCarrell*
Kevin McCarrell, Esq., Attorney for Defendants

2

# CERTIFICATE OF SERVICE

I certify that on September 26, 2022, I caused to be served the following document(s):

**STATUS REPORT PURSUANT TO THIS COURT'S ORDER DIRECTING SUBMISSION OF STATUS REPORT AND SETTING STATUS CONFERENCE [ECF NO. 48]**

I caused to be served the above-named document(s) as indicated below:

✔ a. Via ECF to:

    ALEXANDER E. BRODY    abrody@melandbudwick.com
    ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
    mrbnefs@yahoo.com
    MICHAEL S. BUDWICK    mbudwick@melandbudwick.com
    ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
    MARK J. CONNOT    mconnot@foxrothschild.com dloffredo@foxrothschild.com
    SOLOMON B. GENET    sgenet@melandbudwick.com
    ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
    JEFFREY L HARTMAN    notices@bankruptcyreno.com
    abg@bankruptcyreno.com
    CHRISTINA W. LOVATO    trusteelovato@att.net NV26@ecfcbis.com
    M. KEVIN MCCARRELL    kmccarrell@foxrothschild.com
    MEAGHAN E. MURPHY    mmurphy@melandbudwick.com

✔ b. Direct Email to:

    Mark J. Connot, Esq.
    Kevin M. Sutehall, Esq.
    Colleen E. McCarty, Esq.
    mconnot@foxrothschild.com
    ksutehall@foxrothschild.com
    cmccarty@foxrothschild.com

✔ c. Via Mail Service: Regular, first-class United States mail, postage fully pre-paid, addressed to:

| Ahern Rentals, Inc. | Xtreme Manufacturing, LLC |
| --- | --- |
| 1401 Mineral Ave. | 8350 Eastgate Rd. |
| Las Vegas, NV 89106 | Henderson, NV 89015 |

DATED: September 26, 2022.

                    */s/ Meaghan E. Murphy*
                    Meaghan E. Murphy, Esq.