| | |
|---|---|
| Jeffrey L. Hartman, Esq.<br>Nevada Bar No. 1607<br>**HARTMAN & HARTMAN**<br>510 W. Plumb Lane, Suite B<br>Reno, NV 89509<br>T: (775) 324-2800<br>F: (775) 324-1818<br>notices@bankruptcyreno.com | Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*<br>Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*<br>Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice*<br>Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*<br>Alexander E. Brody, Esq. # 1025332 – Admitted *Pro Hac Vice*<br>**MELAND BUDWICK, P.A.**<br>3200 Southeast Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>T: (305) 358-6363<br>F: (305) 358-1221<br>mbudwick@melandbudwick.com<br>sgenet@melandbudwick.com<br>mmurphy@melandbudwick.com<br>gbenezra@melandbudwick.cm<br>abrody@melandbudwick.com |

*Attorneys for Christina W. Lovato, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively consolidated with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \| |
| CHRISTINA W. LOVATO,<br><br>    Plaintiff,<br><br>v.<br><br>AHERN RENTALS, INC. and XTREME MANUFACTURING, LLC,<br><br>    Defendants. | Adversary No.: 22-05001-gs<br><br>**STIPULATION AND PROTECTIVE ORDER REGARDING PRODUCTION OF DOCUMENTS**<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A |

This Stipulation ("***Stipulation***") is entered into by and between Meaghan E. Murphy of Meland Budwick, P.A. on behalf of Christina W. Lovato, Trustee ("***Trustee***") and Kevin McCarrell of Fox Rothschild LLP on behalf of Defendants Ahern Rentals, Inc. ("***Ahern***") and Xtreme Manufacturing, LLC ("***Xtreme***" and together with Ahern, the "***Defendants***") (the Defendants and the Trustee are collectively the "***Parties***") in the above-captioned adversary

proceeding ("***Adversary***"). The Bankruptcy Court order approving the Stipulation (the "***Protective Order***") shall be deemed effective on the date it is entered by the clerk of the Court (the "***Effective Date***").

1. On May 20, 2020, the Trustee and Xtreme entered into a Stipulation and Protective Order Regarding Production of Documents, which was filed in the Lead Case on June 2, 2020 (Docket No. 1884 in 19-50102-gs) (the "***Xtreme Stipulation***").

2. On May 21, 2020, the Court entered its Order approving the Xtreme Stipulation in the Lead Case (Docket No. 1918 in 19-50102-gs) (the "***Xtreme Protective Order***").

3. On June 1, 2020, the Trustee and Ahern entered into a Stipulation and Protective Order Regarding Production of Documents, which was filed in the Lead Case on June 2, 2020 (Docket No. 1915 in 19-50102-gs) (the "***Ahern Stipulation***" and together with the Xtreme Stipulation, the "***Prior Stipulations***").

4. On June 1, 2020, the Court entered its Order Approving Stipulation and Protective Order Regarding Production of Documents in the Lead Case (Docket No. 1918 in 19-50102-gs) (the "***Ahern Protective Order***" and together with the Xtreme Protective Order, the "***Prior Protective Orders***").

5. On August 26, 2022, the Trustee propounded her First Requests for Production of Documents upon Defendants, which seeks the production of certain documents from the Defendants, and may propound future discovery requests seeking additional documents.

6. The Parties have engaged in good faith discussions and have agreed that the terms of the Prior Stipulations and Prior Protective Orders shall apply in equal force and effect to the Defendants' production of documents in response to the Trustee's current and future discovery requests in this Adversary Proceeding.

| | |
|---|---|
| DATED: September 27, 2022. | DATED: September 27, 2022. |
| **MELAND BUDWICK, P.A.** | **FOX ROTHSCHILD LLP** |
| /s/ Meghan E. Murphy | /s/Kevin McCarrell |
| Meaghan E. Murphy, Esq. | Kevin McCarrell, Esq. |
| Attorneys for Plaintiff Christina W. Lovato | Attorney for Defendants Ahern Rentals, Inc. and Xtreme Manufacturing, LLC |

## CERTIFICATE OF SERVICE

I certify that on September 27, 2022, I caused to be served the following document(s):

**STIPULATION AND PROTECTIVE ORDER
REGARDING PRODUCTION OF DOCUMENTS**

I caused to be served the above-named document(s) as indicated below:

✔ a.  Via ECF to:

>ALEXANDER E. BRODY    abrody@melandbudwick.com
>ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
>mrbnefs@yahoo.com
>MICHAEL S. BUDWICK    mbudwick@melandbudwick.com
>ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
>MARK J. CONNOT    mconnot@foxrothschild.com dloffredo@foxrothschild.com
>SOLOMON B. GENET    sgenet@melandbudwick.com
>ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
>JEFFREY L HARTMAN    notices@bankruptcyreno.com
>abg@bankruptcyreno.com
>CHRISTINA W. LOVATO    trusteelovato@att.net NV26@ecfcbis.com
>M. KEVIN MCCARRELL    kmccarrell@foxrothschild.com
>MEAGHAN E. MURPHY    mmurphy@melandbudwick.com

✔ b.  Direct Email to:

>Mark J. Connot, Esq.
>Kevin M. Sutehall, Esq.
>Colleen E. McCarty, Esq.
>mconnot@foxrothschild.com
>ksutehall@foxrothschild.com
>cmccarty@foxrothschild.com

✔ c.  Via Mail Service: Regular, first-class United States mail, postage fully pre-paid, addressed to:

>Ahern Rentals, Inc.
>1401 Mineral Ave.
>Las Vegas, NV 89106

>Xtreme Manufacturing, LLC
>8350 Eastgate Rd.
>Henderson, NV 89015

DATED: September 27, 2022.

>>*/s/ Meaghan E. Murphy*
>>Meaghan E. Murphy, Esq.

3