_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
September 30, 2022

| | |
|---|---|
| Jeffrey L. Hartman, Esq.<br>Nevada Bar No. 1607<br>**HARTMAN & HARTMAN**<br>510 W. Plumb Lane, Suite B<br>Reno, NV 89509<br>T: (775) 324-2800<br>F: (775) 324-1818<br>notices@bankruptcyreno.com | Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*<br>Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*<br>Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice*<br>Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*<br>Alexander E. Brody, Esq. # 1025332 – Admitted *Pro Hac Vice*<br>**MELAND BUDWICK, P.A.**<br>3200 Southeast Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>T: (305) 358-6363<br>F: (305) 358-1221<br>mbudwick@melandbudwick.com<br>sgenet@melandbudwick.com<br>mmurphy@melandbudwick.com<br>gbenezra@melandbudwick.com<br>abrody@melandbudwick.com |

*Attorneys for Christina W. Lovato, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively consolidated with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \| |
| CHRISTINA W. LOVATO,<br><br>    Plaintiff,<br><br>v.<br><br>AHERN RENTALS, INC. and XTREME MANUFACTURING, LLC, | Adversary No.: 22-05001-gs<br><br>**ORDER APPROVING STIPULATION AND PROTECTIVE ORDER REGARDING PRODUCTION OF DOCUMENTS**<br><br>**Hearing Date:** N/A |

1

|  Defendants. | Hearing Time:  N/A |
|---|---|

This Court, having reviewed the Stipulation and Protective Order Regarding Production of Documents [ECF No. 54] (the "*Stipulation*") entered into between Christina Lovato, Trustee, Ahern Rentals, Inc., and Xtreme Manufacturing, LLC, and for good cause appearing, approves the Stipulation.

**IT IS SO ORDERED.**

Respectfully Submitted By:

| **MELAND BUDWICK, P.A.** | **FOX ROTHSCHILD LLP** |
|---|---|
| */s/ Meaghan E. Murphy* | */s/ Mark J. Connot* |
| Meaghan E. Murphy, Esq. | Mark J. Connot, Esq. |
| Attorneys for Plaintiff Christina W. Lovato | Attorney for Defendants Ahern Rentals, Inc. and Xtreme Manufacturing, LLC |

# # #