| | |
|---|---|
| Jeffrey L. Hartman, Esq. | Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice* |
| Nevada Bar No. 1607 | Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice* |
| **HARTMAN & HARTMAN** | Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice* |
| 510 W. Plumb Lane, Suite B | Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice* |
| Reno, NV 89509 | Alexander E. Brody, Esq. #1025332 – Admitted *Pro Hac Vice* |
| T: (775) 324-2800 | **MELAND BUDWICK, P.A.** |
| F: (775) 324-1818 | 3200 Southeast Financial Center |
| notices@bankruptcyreno.com | 200 South Biscayne Boulevard |
| | Miami, Florida 33131 |
| | T: (305) 358-6363 |
| | F: (305) 358-1221 |
| | mbudwick@melandbudwick.com |
| | sgenet@melandbudwick.com |
| | mmurphy@melandbudwick.com |
| | gbenezra@melandbudwick.com |
| | abrody@melandbudwick.com |

*Attorneys for Christina W. Lovato, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>   Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively consolidated with:<br><table><tr><td>19-50130-gs</td><td>DC Solar Solutions, Inc.</td></tr><tr><td>19-50131-gs</td><td>DC Solar Distribution, Inc.</td></tr><tr><td>19-50135-gs</td><td>DC Solar Freedom, Inc.</td></tr></table> |
| CHRISTINA W. LOVATO,<br><br>   Plaintiff,<br><br>v.<br><br>AHERN RENTALS, INC. and XTREME MANUFACTURING, LLC,<br><br>   Defendants. | Adversary No.: 22-05001-gs<br><br>**NOTICE OF TAKING RULE 7030 VIDEOTAPED DEPOSITION OF BRANDON MAIN** |

NOTICE IS HEREBY GIVEN that Meland Budwick, P.A., attorneys for Christina Lovato, the duly appointed and acting chapter 7 trustee ("***Trustee***"), pursuant to *Fed. R. Civ. P.* 30 and *Fed. R. Bankr. P.* 7030 and Local Rule 7030-2, will, by agreement, take the deposition of the

1

following person under oath at the date, time, and place set forth below:

| EXAMINEE | LOCATION | DATE AND TIME |
|---|---|---|
| Brandon Main | **Veritext Legal Solutions** (Veritext Zoom Videoconference) Meeting ID# and password will be provided by Veritext prior to the examination | Friday, February 3, 2023 at 10:00 a.m. PT |

This deposition is being conducted pursuant to *Fed. R. Civ. P.* 30, made applicable to this adversary proceeding by *Fed. R. Bankr. P.* 7030, and Local Rule 7030-2, and will be taken before a certified court reporter or some other notary public or officer authorized to record the testimony and will be videotaped. If the deponent requires an interpreter, it is deponent's responsibility to engage the employment of such interpreter to be present at the deposition. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the Federal Rules of Bankruptcy Procedure and other applicable law, and shall continue from day to day, on dates mutually convenient, until completed. The scope of the deposition shall be as described in *Fed. R. Civ. P.* 26(b).

NOTICE IS FURTHER GIVEN that we reserve the right to conduct this deposition virtually, utilizing the secure web-based deposition option afforded by Veritext or in the alternative video teleconferencing (VTC) services offered by Veritext ("Web Deposition") or telephonically only to provide remote access for those parties wishing to observe the deposition via the internet and/or telephone. Also take notice that, the court reporter may also be remote via one of the options above for the purposes of reporting the proceeding and may or may not be in the presence of the deponent. In addition, we also reserve the right to utilize instant visual display technology such that the court reporter's writing of the proceeding will be displayed simultaneous to their writing of same on one's laptop, iPad, tablet or other type of display device connected to the court reporter.

Dated: November 18, 2022.

/s/ Alexander E. Brody
Alexander E. Brody, Esq.,
Attorney for Christina Lovato, Trustee

**CERTIFICATE OF SERVICE**

I certify that on November 18, 2022, I caused to be served the following document(s):

**NOTICE OF TAKING RULE 7030 VIDEOTAPED DEPOSITION OF BRANDON MAIN**

I caused to be served the above-named document(s) as indicated below:

✔ a. Via ECF to:

    ALEXANDER E. BRODY    abrody@melandbudwick.com ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com mrbnefs@yahoo.com
    MICHAEL S. BUDWICK    mbudwick@melandbudwick.com ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
    MARK J. CONNOT    mconnot@foxrothschild.com dloffredo@foxrothschild.com
    SOLOMON B. GENET    sgenet@melandbudwick.com ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
    JEFFREY L HARTMAN    notices@bankruptcyreno.com abg@bankruptcyreno.com
    CHRISTINA W. LOVATO    trusteelovato@att.net NV26@ecfcbis.com
    M. KEVIN MCCARRELL    kmccarrell@foxrothschild.com
    MEAGHAN E. MURPHY    mmurphy@melandbudwick.com

✔ b. Direct Email to:

    Mark J. Connot, Esq.
    Kevin M. Sutehall, Esq.
    Colleen E. McCarty, Esq.
    mconnot@foxrothschild.com
    ksutehall@foxrothschild.com
    cmccarty@foxrothschild.com

✔ c. Via Mail Service: Regular, first-class United States mail, postage fully pre-paid, addressed to:

| | |
|---|---|
| Ahern Rentals, Inc. | Xtreme Manufacturing, LLC |
| 1401 Mineral Ave. | 8350 Eastgate Rd. |
| Las Vegas, NV 89106 | Henderson, NV 89015 |

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 18, 2022.

                                            */s/ Alexander E. Brody, Esq.*
                                            Alexander E. Brody, Esq.