Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com

Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*
Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*
Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice*
Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*
Alexander E. Brody, Esq. #1025332 – Admitted *Pro Hac Vice*
**MELAND BUDWICK, P.A.**
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
T: (305) 358-6363
F: (305) 358-1221
mbudwick@melandbudwick.com
sgenet@melandbudwick.com
mmurphy@melandbudwick.com
gbenezra@melandbudwick.com
abrody@melandbudwick.com

Attorneys for Christina W. Lovato, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>    Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively consolidated with: |

| 19-50130-gs | DC Solar Solutions, Inc. |
|---|---|
| 19-50131-gs | DC Solar Distribution, Inc. |
| 19-50135-gs | DC Solar Freedom, Inc. |

| | |
|---|---|
| CHRISTINA W. LOVATO,<br><br>   Plaintiff,<br><br>v.<br><br>AHERN RENTALS, INC. and XTREME MANUFACTURING, LLC,<br><br>    Defendants. | Adversary No.: 22-05001-gs<br><br>**TRUSTEE'S REPORT IN CONNECTION WITH STATUS CONFERENCE SCHEDULED FOR DECEMBER 9, 2022** |

   Christina W. Lovato, as chapter 7 trustee and plaintiff ("***Trustee***") in the above-captioned adversary proceeding ("***Adversary***"), provides this report in connection with the status conference scheduled to be conducted by this Court on December 9, 2022.

1

## I.     <u>Status of Adversary Proceeding</u>

As reflected on the docket, the Trustee has filed an operative complaint, the above-captioned defendants ("***Defendants***") have filed an Answer (which includes affirmative defenses), and the Court has entered a Scheduling Order [ECF No. 43].

## II.     <u>Status of Discovery</u>

Generally:

- The Parties have issued written discovery which has been responded to by the receiving party. The Parties are in the process of meeting and conferring, orally and in writing, on certain discovery issues.
  - To date, no party has sought judicial intervention on a discovery issue.
- The Parties have communicated about deposition discovery. The Trustee, with the Defendants' agreement, has scheduled depositions for December 28, 2022, January 30 and 31, 2023, and February 1, 2, and 3, 2023.

## III.     <u>Status of Dispositive Motions</u>

The Trustee filed a motion for partial summary judgment ("***MPSJ***") but has voluntarily withdrawn that motion without prejudice. The Trustee contemplates filing at least one dispositive motion later in this proceeding, including but not limited to on the basis and subject matter set forth in the Trustee's MPSJ.

## IV.     <u>Scheduling Order and Fact Discovery</u>

The Scheduling Order, among other things, provides for fact discovery to be commenced in time to be completed by February 28, 2023. The Trustee reasonably expects that she can complete her fact discovery by this deadline, or in the alternative, contemplates potentially seeking a relatively short extension of time.

## V.     <u>Mediation</u>

The Parties participated in a judicial settlement conference pre-suit, but did not reach a consensual resolution. The Trustee, in good faith, is willing to have further settlement communications with the Defendant whether informally or formally, through a judicial settlement conference or private mediation.

## VI.    <u>Further Status Conference</u>

The Trustee respectfully requests that this Court set a status conference in mid-late January, or as otherwise convenient for the Court.

DATED: December 6, 2022.

**HARTMAN & HARTMAN**

*/s/ Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.,
*Attorney for Plaintiff Christina W. Lovato*

**MELAND BUDWICK, P.A.**

*/s/ Meaghan E. Murphy*
Michael S. Budwick, Esq., Admitted Pro Hac Vice
Solomon B. Genet, Esq., Admitted Pro Hac Vice
Meaghan E. Murphy, Esq., Admitted Pro Hac Vice
Gil Ben-Ezra, Esq., Admitted Pro Hac Vice
Alexander E. Brody, Esq., Admitted Pro Hac Vice
*Attorneys for Plaintiff Christina W. Lovato*

## CERTIFICATE OF SERVICE

I certify that on December 6, 2022, I caused to be served the following document(s):

**TRUSTEE'S REPORT IN CONNECTION WITH STATUS CONFERENCE SCHEDULED FOR DECEMBER 9, 2022**

I caused to be served the above-named document(s) as indicated below:

✔ a.  Via ECF to:

ALEXANDER E. BRODY    abrody@melandbudwick.com
ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
mrbnefs@yahoo.com
MICHAEL S. BUDWICK    mbudwick@melandbudwick.com
ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
MARK J. CONNOT    mconnot@foxrothschild.com dloffredo@foxrothschild.com
SOLOMON B. GENET    sgenet@melandbudwick.com
ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
JEFFREY L HARTMAN    notices@bankruptcyreno.com
abg@bankruptcyreno.com
CHRISTINA W. LOVATO    trusteelovato@att.net NV26@ecfcbis.com
M. KEVIN MCCARRELL    kmccarrell@foxrothschild.com
MEAGHAN E. MURPHY    mmurphy@melandbudwick.com

✔ b. Direct Email to:

Mark J. Connot, Esq.
Kevin M. Sutehall, Esq.
Colleen E. McCarty, Esq.
mconnot@foxrothschild.com
ksutehall@foxrothschild.com
cmccarty@foxrothschild.com

✔ c.  Via Mail Service: Regular, first-class United States mail, postage fully pre-paid, addressed to:

Ahern Rentals, Inc.                 Xtreme Manufacturing, LLC
1401 Mineral Ave.                   8350 Eastgate Rd.
Las Vegas, NV 89106                 Henderson, NV 89015

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 6, 2022.

/s/ Meaghan E. Murphy, Esq.
Meaghan E. Murphy, Esq.