_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
March 15, 2023

MARK J. CONNOT (10010)
COLLEEN E. McCARTY (13186)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Ls Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile:  (702) 597-5503
mconnot@foxrothschild.com
cmccarty@foxrothschild.com
*Attorneys for Ahern Rentals, Inc. and Xtreme Manufacturing, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.,<br><br>Debtor.<br><br>☒ Affects Double Jump, Inc.<br>☒ Affects DC Solar Solutions, Inc.<br>☒ Affects DC Solar Distribution, Inc.<br>☒ Affects DC Solar Freedom, Inc.<br><br>CHRISTINA W. LOVATO, Trustee,<br><br>Plaintiff,<br>v.<br><br>AHERN RENTALS, INC. and XTREME MANUFACTURING, LLC,<br><br>Defendants. | Lease Case No. BK-19-50102-gs<br>(Chapter 7)<br>Substantively consolidated with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \|<br><br>Adversary No.: 22-05001-GS<br><br>**ORDER GRANTING STIPULATION AND PROTECTIVE ORDER REGARDING DEPOSITION TESTIMONY** |

142116755

1  Upon consideration of the *Stipulation And Protective Order Regarding Deposition Testimony*,
2  [ECF 73] ("Stipulation"); it is hereby
3  **ORDERED** that the Stipulation, a copy of which is attached hereto as Exhibit A, is
4  **APPROVED**.
5  Prepared and respectfully submitted by:
6  **FOX ROTHSCHILD LLP**

/s/ Mark J. Connot
MARK J. CONNOT (10010)
COLLEEN E. McCARTY (13186)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone:     (702) 262-6899
Facsimile:      (702) 597-5503
*Attorneys for Ahern Rentals, Inc.
and Xtreme Manufacturing, LLC*

###

142116755

**EXHIBIT A**

142116755

|   |   |
|---|---|
| 1 | MARK J. CONNOT (10010) |
| 2 | COLLEEN E. McCARTY (13186) |
|   | **FOX ROTHSCHILD LLP** |
| 3 | 1980 Festival Plaza Drive, Suite 700 |
|   | Ls Vegas, Nevada 89135 |
| 4 | Telephone: (702) 262-6899 |
|   | Facsimile:  (702) 597-5503 |
| 5 | mconnot@foxrothschild.com |
|   | cmccarty@foxrothschild.com |
| 6 | *Attorneys for Ahern Rentals, Inc. and Xtreme Manufacturing, LLC* |

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re | Lease Case No. BK-19-50102-gs |
|---|---|
| DOUBLE JUMP, INC., | (Chapter 7) |
| Debtor. | Substantively consolidated with: |

| | |
|---|---|
| 19-50130-gs | DC Solar Solutions, Inc. |
| 19-50131-gs | DC Solar Distribution, Inc. |
| 19-50135-gs | DC Solar Freedom, Inc. |

☒ Affects Double Jump, Inc.
☒ Affects DC Solar Solutions, Inc.
☒ Affects DC Solar Distribution, Inc.
☒ Affects DC Solar Freedom, Inc.

Adversary No.: 22-05001-GS

CHRISTINA W. LOVATO, Trustee,

Plaintiff,

v.

AHERN RENTALS, INC. and XTREME MANUFACTURING, LLC,

Defendants.

**STIPULATION AND PROTECTIVE ORDER REGARDING DEPOSITION TESTIMONY**

Defendants Ahern Rentals, Inc. ("**Ahern**") and Xtreme Manufacturing, LLC ("**Xtreme**," or collectively with Ahern, "**Defendants**"), by and through its undersigned counsel, the law firm of Fox Rothschild LLP, and Christina Lovato, chapter 7 trustee (the "**Trustee**," and collectively with Defendants, the "**Parties**") in the above captioned case ("**Adversary Proceeding**") stipulate and agree as follows ("**Stipulation and Protective Order**"):

142116520.6

A. WHEREAS, the Trustee has issued subpoenas for the deposition testimony of the Defendants, and multiple employees, former employees, and/or related parties.

B. WHEREAS, the Defendants have issued a subpoena for the deposition testimony of the Trustee.

D. WHEREAS, some testimony given may contain Confidential information.

E. WHEREAS, the Parties entered into a Stipulation and Protective Order [Adv. Dkt. No. 54] which adopts prior stipulations at ECF Nos. 1884, 1915, and 1918 in the main case for the above captioned Debtors, all of which remain in place (collectively, "**Document Protective Orders**").

F. WHEREAS, the Parties desire for the Document Protective Orders to include a mechanism by which any applicable testimony from Rule 2004 examinations and Rule 7030 depositions, including and transcripts of such testimony ("**Testimony**") may be designated as confidential.

**NOW, THEREFORE**, the Parties stipulate as follows:

1. The Designating Party shall have the right to designate Testimony as a "Confidential Document" pursuant to the Document Protective Orders.

2. For Testimony given in depositions the Designating Party may either:

    a. identify on the record, before the close of the deposition, all "Confidential" Testimony, by specifying the applicable portions; or

    b. designate the entirety of the Testimony at the deposition as "Confidential" (before the deposition is concluded) with the right to identify more specific portions of the Testimony as to which protection is sought within 30 days following receipt of the deposition transcript. In circumstances where portions of the Testimony are designated for protection, the transcript pages containing "Confidential" information may be separately bound by the court reporter, who must affix to the top of each page the legend "Confidential" as instructed by the Designating Party.

142116520.6

4. All other applicable provisions of the Document Protective Orders shall apply to any testimony designated as a Confidential Document, including but not limited to the mechanism by which a Party may challenge the appropriateness of any designation.

5. Any Party to the Proceeding who has not executed this Stipulation and Protective Order as of the time it is presented to the Court for signature may thereafter become a Party to this Stipulation and Protective Order by its counsel's signing and dating a copy thereof and filing the same with the Court, and serving copies of such signed and dated copy upon the other Parties to this Stipulation and Protective Order

6. Nothing in this Stipulation and Protective Order shall be construed to preclude either Party from asserting in good faith that certain Testimony designated as a Confidential Document requires additional protection. The Parties shall meet and confer to agree upon the terms of such additional protections.

7. The Parties shall have thirty (30) days from the date of an entry of an Order on this Stipulation to designate as Confidential any Testimony that has been previously given in the Adversary Proceeding, but not in a Rule 2004 examination taken before the filing of the Adversary Proceeding.

8. After this Stipulation and Protective Order has been signed by counsel for all Parties, it shall be presented to the Court for entry. Counsel agrees to be bound by the terms set forth herein with regard to any Testimony designated as Confidential before the Court signs this Stipulation and Protective Order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

142116520.6

9. This Stipulation and Protective Order may be executed in counterparts, through any electronic means.

Dated this 14th day of March, 2023.

**FOX ROTHSCHILD LLP**

/s/ Mark J. Connot
MARK J. CONNOT (10010)
COLLEEN E. McCARTY (13186)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone:    (702) 262-6899
Facsimile:    (702) 597-5503
*Attorneys for Ahern Rentals, Inc.
and Xtreme Manufacturing, LLC*

**MELAND BUDWICK, P.A.**

/s/ Solomon B. Genet
Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
T: (305) 358-6363
F: (305) 358-1221

and

Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
*Attorneys for Christina W. Lovato, Chapter 7 Trustee*

142116520.6