_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
July 11, 2023
_____

| Jeffrey L. Hartman, Esq. | Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice* |
|---|---|
| Nevada Bar No. 1607 | Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice* |
| **HARTMAN & HARTMAN** | Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice* |
| 510 W. Plumb Lane, Suite B | Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice* |
| Reno, NV 89509 | Alexander E. Brody, Esq. # 1025332 – Admitted *Pro Hac Vice* |
| T: (775) 324-2800 | **MELAND BUDWICK, P.A.** |
| F: (775) 324-1818 | 3200 Southeast Financial Center |
| notices@bankruptcyreno.com | 200 South Biscayne Boulevard |
| | Miami, Florida 33131 |
| | T: (305) 358-6363 |
| | F: (305) 358-1221 |
| | mbudwick@melandbudwick.com |
| | sgenet@melandbudwick.com |
| | mmurphy@melandbudwick.com |
| | gbenezra@melandbudwick.com |
| | abrody@melandbudwick.com |

Attorneys for Christina W. Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re

DOUBLE JUMP, INC.

    Debtor.

Lead Case No.: BK-19-50102-gs
(Chapter 7)

Substantively Consolidated with:

| 19-50130-gs | DC Solar Solutions, Inc. |
|---|---|
| 19-50131-gs | DC Solar Distribution, Inc. |
| 19-50135-gs | DC Solar Freedom, Inc. |

1

| | |
|---|---|
| CHRISTINA W. LOVATO,<br><br>    Plaintiff,<br>v.<br><br>AHERN RENTALS, INC. and XTREME MANUFACTURING, LLC,<br><br>    Defendants. | Adversary No.: 22-05001-gs<br><br>**ORDER GRANTING THE TRUSTEE'S MOTION FOR PROTECTIVE ORDER REGARDING DEFENDANTS' NOTICE OF DEPOSITION PURSUANT TO F.R.C.P. 30(B)(6) [ECF NO. 81]** |

This matter came before the Court for hearing on June 29, 2023 via Zoom at 9:30 a.m. the (the "*Hearing*") on the Trustee's Motion for Protective order Regarding Defendants' Notice of Deposition of Trustee Pursuant to F.R.C.P. 30(b)(6) filed on April 26, 2023 [ECF No. 81] (the "*Motion*"). Defendants filed their Response to the Motion on June 15, 2023 [ECF No. 87] (the "*Response*") and the Trustee filed her Reply in Support of the Motion on June 22, 2023 [ECF No. 88] (the "*Reply*"). Appearances at the Hearing were made on the Trustee's behalf by Meaghan E. Murphy, Esq. and on Defendant's behalf by M. Kevin McCarrell, Esq. and Mark J. Connot, Esq.

The Court considered the Motion, the Response, and the Reply, and heard oral arguments of the parties' respective counsel at the Hearing.

**IT IS ORDERED** that:

1.    The Motion is GRANTED.

2.    The Defendants may depose the Trustee under Federal Rule of Civil Procedure 30(a) and 30(b)(1). The Trustee shall not be required to submit to a deposition or designate another person to testify at a deposition on behalf of the estates pursuant to Federal Rule of Civil Procedure 30(b)(6) in this proceeding.

Respectfully submitted by:

**HARTMAN & HARTMAN**

*/s/Jeffrey L. Hartman*
Jeffrey L. Hartman, Esq.,
510 W. Plumb Lane, Suite B
Reno, Nevada 89509
*Attorney for Plaintiff*

**MELAND BUDWICK, P.A.**

*/s/ Meaghan E. Murphy*
Meaghan E. Murphy, Esq., Admitted *Pro Hac Vice*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
*Attorney for Plaintiff*

###

3

## LR 9021 CERTIFICATION

In accordance with Local Rule 9021, counsel submitting this document certifies as follows (check one):

____ The court has waived the requirement set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the paper.

__X__ I have delivered a copy of the proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

*Defendants' Counsel, Mr. McCarrell, via email* kmccarrell@foxrothschild.com

__X__ Approved the form of this order

____ Disapproved the form of this order

____ Did not respond to the paper

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Submitted by:

**MELAND BUDWICK, P.A.**

*/s/ Meaghan E. Murphy*
Meaghan E. Murphy, Esq., Attorney for Trustee

4